**DISMISS; Opinion Filed February 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01202-CR
No. 05-13-01203-CR
No. 05-13-01204-CR
No. 05-13-01205-CR
No. 05-13-01206-CR

**DEMETRIUS LAMAR HIMPHILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-21204-W, F12-21205-W,**
**F12-21206-W, F13-55023-W, F13-55024-W**

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Evans
Opinion by Justice Evans

In cause nos. 05-13-01202-CR, 05-13-01203-CR, and 05-13-01204-CR, Demetrius

Lamar Himphill was convicted, following the adjudication of his guilt, of burglary of a

habitation. Punishment was assessed at twelve years' imprisonment in each case. In cause nos.

05-13-01205-CR and 05-13-01206-CR, appellant pleaded guilty to the new offenses of robbery

and evading arrest in a motor vehicle. Punishment was assessed at twelve years' imprisonment

for the robbery and ten years' imprisonment for the evading arrest. Appellant's pleas of true and

guilty and the sentences imposed were in accordance with plea agreements, and appellant waived

his right to appeal in each case as part of the plea agreements.[1]  *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000).  The trial court certified both that the cases involve plea bargains and appellant has no right to appeal and that appellant waived his right to appeal.  *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Blanco*, 18 S.W.3d at 219–20.

We dismiss the appeals for want of jurisdiction.


/David Evans/
DAVID EVANS
JUSTICE


Do Not Publish
TEX. R. APP. P. 47
131202F.U05

---

[1] The reporter's record reflects that sentence of eighteen years' imprisonment and ten years' imprisonment for the convictions was originally pronounced on June 28, 2013. The trial court granted appellant's motions for new trial.  The plea agreements were entered on October 9, 2013, in new proceedings following the granting of the motions for new trial.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEMETRIUS LAMAR HIMPHILL,
Appellant

No. 05-13-01202-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-21204-W.
Opinion delivered by Justice Evans,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 4th day of February, 2014.

/David Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEMETRIUS LAMAR HIMPHILL,
Appellant

No. 05-13-01203-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-21205-W.
Opinion delivered by Justice Evans,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.


Judgment entered this 4th day of February, 2014.


/David Evans/
DAVID EVANS
JUSTICE

–4–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEMETRIUS LAMAR HIMPHILL,
Appellant

No. 05-13-01204-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-21206-W.
Opinion delivered by Justice Evans,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 4th day of February, 2014.

/David Evans/
DAVID EVANS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEMETRIUS LAMAR HIMPHILL,
Appellant

No. 05-13-01205-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-55023-W.
Opinion delivered by Justice Evans,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 4th day of February, 2014.

/David Evans/
DAVID EVANS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEMETRIUS LAMAR HIMPHILL,
Appellant

No. 05-13-01206-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-55024-W.
Opinion delivered by Justice Evans,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 4th day of February, 2014.

/David Evans/
DAVID EVANS
JUSTICE